UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

RE: TINA AOFOLAJU ) Case No. 20 B 18089
)
)Chapter 13
Debtor )
) Judge: JACK B SCHMETTERER

# NOTICE OF MOTION

TINA AOFOLAJU

4423 N SHERIDAN RD #506
CHICAGO, IL 60640

DAVID M SIEGEL
via Clerk's ECF noticing procedures

Please take notice that on February 17, 2021 at 11:00 am., I will appear before the Honorable Judge JACK B SCHMETTERER or any judge sitting in the judge's place, present the motion set forth below.

**This motion will be presented and heard electronically using AT&T Teleconference.**
No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must call this toll-free number: 1-877-336-1839. Then enter access code 3900709 followed by the pound (#) sign.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E Monroe St., Chicago, IL 60603 or by the methods indicated on January 21, 2021.

/s/ M.O. Marshall

## TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS

Now comes M.O. Marshall, Trustee in the above entitled case and moves the Court to dismiss this case in support thereof states:

1. On October 01, 2020 the debtor filed a petition under Chapter 13 of Title 11 U.S.C.

2. Pursuant to 11 U.S.C. § 1326 (a)(1), "Unless the court orders otherwise, the debtor shall commence making payments not later than 30 days after the date of filing of the plan or the order for relief, whichever is earlier..."

3. That the debtor has failed to make timely plan payments to the Chapter 13 Trustee.

| Monthly payment | 725.00 | Arrears | $1,425.00 | Last date paid | 11/18/2020 |

WHEREFORE, the Trustee prays that this case be dismissed pursuant to § 1307 (c) (4) for failure by the debtor to commence making timely payments pursuant to § 1326 (a) (1).

Respectfully submitted,

M.O. MARSHALL
CHAPTER 13 TRUSTEE
55 East Monroe, Suite 3850
Chicago, IL 60603
(312) 294-5900

/s/ M.O. Marshall